UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ARTABIUS WATT DARDEN,<br><br>    Plaintiff,<br><br>    v.<br><br>SGT. AYALA,<br><br>    Defendant. | Case No. EDCV 08-1402-GW (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the action herein is dismissed with prejudice.

Dated: May 12, 2011

_____
George H. Wu
United States District Judge